```
 1  KAREN P. HEWITT
    United States Attorney
 2  RANDY K. JONES
    Assistant U.S. Attorney
 3  California State Bar No. 141711
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-5684
    randy.jones2@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANIA ANTOINETTE VELA-MORALES,<br><br>Defendant. | Criminal Case No. 06CR1580-IEG<br><br>**AMENDED**<br>JUDGMENT ON DEFAULT |

Defendant TANIA ANTOINETTE VELA-MORALES, failed to appear on February 5, 2007, and answer the charge of the plaintiff, United States of America, against her. Therefore, the bond posted in the above-entitled matter on September 22, 2006 was and is forfeited. A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys above-named, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligors on the bond;

//
//
//
//
//
//
//

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recovers from defendant, TANIA ANTOINETTE VELA-MORALES, and the surety, MARIA LYDIA VELA, judgment in the sum of $15,000.00.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

IT IS FURTHER ORDERED that after a hearing held on August 27, 2007, ELIAS GARCIA is removed as co-surety on the bond and is no longer responsible as obligor on the bond.

DATED: 10/15/07

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE